# UNITED STATES DISTRICT COURT

Northern District of California

JUON WILSON,

              Plaintiff,

  v.

UNITED STATES CREDIT AGENCY LLC,

              Defendants.
_____/

No. C 10-0747 MEJ

**ORDER VACATING CMC**

**ORDER FOR PLAINTIFF TO FILE STATUS REPORT**

This matter is currently scheduled for a case management conference on June 3, 2010. However, the defendant have appeared in this matter, and no case management statement has been filed. Accordingly, the Court hereby VACATES the June 3, 2010 Case Management Conference. Plaintiff Juon Wilson shall file a case status report by June 17, 2010.

    **IT IS SO ORDERED.**

Dated: June 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge